UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

CURTIS LEWIS JONES #221006 et al,

        Plaintiffs,                Case No. 1:14-cv-01035

v.                                    Hon. Paul L. Maloney

TOM FINCO et al

        Defendants.

_____/

## ORDER DIRECTING THE MICHIGAN DEPARTMENT OF CORRECTIONS TO PROVIDE CERTAIN INFORMATION

        It appears that defendant **Mike Martin** and **Norma Heinemann** are former employees of the Michigan Department of Corrections who can no longer be found at the work addresses provided by plaintiff. Therefore, the Michigan Department of Corrections is directed to furnish the U.S. Marshals Service with defendants last-known addresses. The information must be sent to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Room 544, Grand Rapids, Michigan 49503. The information may be used only for purposes of effectuating service (or for proof of service, should a dispute arise). Any documentation of the address will be retained only by the U.S. Marshals Service. Address information will not be maintained in the court file or disclosed by the U.S. Marshals Service except as directed by court order.

        The U.S. Marshals Service is authorized to mail a request for waiver of service to defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

        IT IS SO ORDERED.

Dated: January 27, 2015                          /s/ Phillip J. Green
                                                                Phillip J. Green
                                                                United States Magistrate Judge