UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS JONES, et al.,

        Plaintiffs,

                                              Case No.: 1:14-cv-1035

v.

                                              HONORABLE PAUL L. MALONEY

TOM FINCO, et al.,

       Defendants.

                                /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 52).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       **THEREFORE, IT IS ORDERED** that plaintiff Curtis Jones's motion for preliminary injunction (ECF No. 47) is DENIED.


Dated:  August 13, 2015                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge