UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS LEWIS JONES, #221006, et al.,<br>    Plaintiffs,<br><br>-v-<br><br>TOM FINCO, et al.,<br>    Defendants. | No. 1:14-cv-1035<br><br>Honorable Paul L. Maloney |
| RUDY TUCKER, #207829,<br>    Plaintiff,<br><br>-v-<br><br>TOM FINCO, et al.,<br>    Defendants. | No. 1:14-cv-1057<br><br>Honorable Paul L. Maloney |
| RUDY TUCKER, #207829, et al.,<br>    Plaintiffs,<br><br>-v-<br><br>TOM FINCO, et al.,<br>    Defendants. | No. 1:14-cv-1153<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed all claims. Under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS. THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 7, 2017               /s/ Paul L. Maloney
                           Paul L. Maloney
                           United States District Judge